



U.S. Department of Justice

*United States Attorney*
*District of Hawaii*

*PJKK Federal Building*  (808)541-2850
*300 Ala Moana Blvd., Room 6-100*  FAX (808) 541-2958
*Honolulu, Hawaii 96850*

November 6, 2017

*Via Hand Delivery*

The Honorable Susan Oki Mollway
Senior United States District Judge
District of Hawaii
300 Ala Moana Blvd., Room C338
Honolulu, Hawaii 96850

    Re:    *United States v. Pablo Rivera*, Cr. No. 17-0301 SOM

Dear Judge Mollway:

    It is my understanding that Loren Cunningham, the Base Leader for the University of the Nations, is out of the country and unable to appear at the upcoming sentencing hearing. Mr. Cunningham prepared a recorded victim statement that he wants the Court to review before sentencing the Defendant. The recorded statement is enclosed. To access the video, click on the file entitled "VTS_01_1.VOB" in the folder entitled "VIDEO_TS."

    Very truly yours,

    ELLIOT ENOKI
    Acting United States Attorney
    District of Hawaii

    MICHAEL NAMMAR
    Assistant U.S. Attorney

cc:    Lynn E. Panagakos, Esq. (via USPS)
        Darsie J.T. Ing-Dodson, U.S. Probation Officer (via hand delivery)